# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

Bridget M. McCormack,
Chief Justice

161686

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LAVETA ANDERSON and CHARLES J. TAUNT,
      Plaintiffs-Appellees,

v

                                     SC: 161686
                                     COA: 344549
                                     Oakland CC: 2016-153143-NH

JENNY SHIH, D.O., INOCENCIO CUESTA, M.D.,
MALINI VENKATRAM, M.D., SUCHITA
BHEEMREDDY, M.D., KARTHIK YADAGIRI, PT,
RUPA PATEL, PT, UNIVERSITY PHYSICIAN
GROUP, VHS PHYSICIANS OF MICHIGAN,
HARPER-HUTZEL HOSPITAL, LEGACY HHH,
VHS HARPER-HUTZEL, INC., VHS OF
MICHIGAN, INC., LEGACY DMC, TENET
HEALTHCARE CORPORATION, BOTSFORD
GENERAL HOSPITAL, THERAMATRIX, INC.,
d/b/a THERAMATRIX PHYSICAL
REHABILITATION, THERAMATRIX PHYSICAL
REHABILITATION, THERAMATRIX PHYSICAL
THERAPY NETWORK, and THERAMATRIX
PHYSICAL THERAPY PLAN, INC.,
          Defendants,

and

THE WELLNESS PLAN,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



a1216

Clerk